UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | NO. 3:17-cr-00106 |
| | ) | CHIEF JUDGE CRENSHAW |
| JEFFERY MOZIE, | ) | |
| Defendant. | ) | |

## ORDER

Jeffery Mozie shall appear before the Court on **September 29, 2017**, at 12:00 p.m. to show cause why his supervised release should not be revoked for his failure to abide by the conditions of supervision.

The parties shall notify the Court by **September 20, 2017**, at 5:00 p.m. indicating the number witnesses to be presented at the hearing, even if the number is zero. This is not a request or optional, and the failure to list the number of witnesses may lead the Court to consider the imposition of sanctions against counsel.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE